UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
EFRAIN TARAX, et al.,                                         :
                                  Plaintiffs,                 :
                                                              :   18 Civ. 6694 (LGS)
                -against-                                     :
                                                              :   ORDER
EL PASO TAQUERIA CORP., et al.,                               :
                                  Defendants.                 :
                                                              :
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2018
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the Parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: November 13, 2018
       New York, New York

                                    _____
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE